|  |  |  |
|---|---|---|
| CLAUDIO SOSA, LUIS AGUILAR, and CRISTIAN LAMARQUE, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 4:24-cv-40064-MRG |
| v. | ) ) | |
| 28FREIGHT LLC d/b/a TRUCKCOURIER, and RICHARD MARKS, individually, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF MOTION FOR RECONSIDERATION
OR, IN THE ALTERNATIVE, TO CERTIFY ISSUE
FOR INTERLOCUTORY APPEAL PURSUANT TO 29 U.S.C. 1292(b)**

Plaintiffs submit this notice of supplemental authority in support of their argument that Massachusetts Wage Act deductions claims brought by drivers alleging misclassification as independent contractors are not preempted by the Truth-in-Leasing regulations, 49 C.F.R. § 376.12. *See* Pls.' Mot., ECF No. 28 at 11-12.

In *Guimaraes, et al. v. Metal Transport, LLC, et al.*, No. 3:24CV1232, 2025 WL 1909079, at *10 (M.D. Pa. July 10, 2025) (slip op.), attached as Exhibit A, the Court held that the plaintiffs' deductions claims under the New Jersey Wage Payment Law were not preempted by the Truth-in-Leasing regulations. This recent decision brings the number of federal district court cases that have decided the preemption issue in favor of plaintiffs to twelve.

Respectfully submitted,

CLAUDIO SOSA, LUIS AGUILAR, and
CRISTIAN LAMARQUE, individually and on
behalf all others similarly situated,

By their attorneys,


*/s/ Rachel Smit*
Hillary Schwab, BBO# 666029
Rachel Smit, BBO# 688294
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
Tel:  (617) 607-3260
Fax:  (617) 488-2261
hillary@fairworklaw.com
rachel@fairworklaw.com


Dated: July 22, 2025